# Court of Appeals
# of the State of Georgia

ATLANTA,  November 25, 2024

*The Court of Appeals hereby passes the following order:*

## A24A1623.  ANTHONY MCLEMORE v. THE STATE.

Convicted of DUI and speeding, Anthony McLemore pursued a direct appeal. Now before this Court is McLemore's motion to transfer this appeal to the Supreme Court of Georgia on grounds that his enumeration of errors includes constitutional challenges to Georgia's implied consent statutes.

The Supreme Court of Georgia "has exclusive jurisdiction over all cases involving construction of the Constitution of the State of Georgia and of the United States and all cases in which the constitutionality of a law, ordinance, or constitutional provision has been called into question." *Atlanta Independent School System v. Lane*, 266 Ga. 657, 657 (1) (469 SE2d 22) (1996); accord Ga. Const. of 1983, Art. VI, Sec. VI, Par. II (1). Additionally, the Supreme Court has the ultimate responsibility for determining appellate jurisdiction. See *Saxton v. Coastal Dialysis & Medical Clinic*, 267 Ga. 177, 178 (476 SE2d 587) (1996). Because this case appears to involve a question regarding the constitutionality of a statute, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.

*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,  11/25/2024*

 I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

 Witness my signature and the seal of said court hereto affixed the day and year last above written.



_____ , Clerk.